1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MANUEL TREVINO CASTRO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:08-cr-0213 AWI
                                      )
12           Plaintiff,                )   **AMENDED** STIPULATION TO CONTINUE
                                      )   STATUS CONFERENCE FOR A CHANGE OF
13    v.                               )   PLEA HEARING; ORDER
                                      )
14 MANUEL TREVINO CASTRO,             )   Date:  July 6, 2010
                                      )   Time:  9:00 a.m.
15           Defendant.                )   Judge: Hon. Anthony W. Ishii
                                      )
16 _____  )

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the status conference in the above-captioned matter now set for May 24, 2010, **may be**

20 **continued to July 6, 2010, at 9:00 a.m.** for a change of plea hearing.

21     This reason for the continuance is that counsel are continuing negotiations toward a change of plea

22 being signed and need additional time to do so. This continuance will permit continued discussions and

23 conserve time and resources for both parties and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  May 20, 2010            By:   /s/ *Kathleen A. Servatius*
                                      KATHLEEN A. SERVATIUS
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  May 20, 2010            By:    /s/ *Ann H. Voris*
                                      ANN H. VORIS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Manuel Treviño Castro


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

IT IS SO ORDERED.

**Dated:    May 20, 2010**              /s/ **Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE