DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL TREVINO CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0213 AWI |
| Plaintiff, | STIPULATION MOVING SENTENCING HEARING; ORDER |
| v. | |
| MANUEL TREVINO CASTRO, | Date:  October 18, 2010 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing in the above-captioned case which is currently set for September 20, 2010, may be continued to **October 18, 2010 at 9:00 a.m.,** and that the following schedule be set as follows: probation report due September 13, 2010; informal objections due September 27, 2010; and, formal objections due October 12, 2010.

The reason for this continuance is to allow counsel for Mr. Castro time to provide a proffer to the government, along with further defense investigation and plea negotiations. This continuance will conserve time and resources for both parties and the court.

///

///

///

| | | |
|---|---|---|
| 1 | | BENJAMIN B. WAGNER |
| 2 | | United States Attorney |
| 3 | Dated: July 30, 2010 | By:   /s/ *Kathleen A. Servatius* |
| 4 | | KATHLEEN A. SERVATIUS |
| | | Assistant U.S. Attorney |
| 5 | | Attorney for Plaintiff |
| 6 | | DANIEL J. BRODERICK |
| 7 | | Federal Public Defender |
| 8 | Dated: July 30, 2010 | By:   /s/  *Ann H. Voris* |
| 9 | | ANN H. VORIS |
| | | Assistant Federal Defender |
| 10 | | Attorney for Defendant |
| | | Manuel Treviño Castro |

**O R D E R**

IT IS SO ORDERED.

Dated:   July 30, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE